## ADVERTISING ORDER

VOUCHER #
PAID BY :

U. S. Marshals Service - Department of Justice
Room 2110    601 Market St., Phila, PA 19106

The publisher of The Express Times is authorized to publish the enclosed advertisement according to the schedule below, provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF PUBLICATION: The Express Times
SUBJECT OF ADVERTISEMENT: sale of real property
EDITION OF PAPER ADVERTISEMENT APPEARED: daily
NUMBER OF TIMES ADVERTISEMENT APPEARED: 4x's
DATE(S) ADVERTISEMENT APPEARED: January 28, February 4, 11, and 18, 2003
SPECIFICATIONS FOR ADVERTISEMENT:
COPY FOR ADVERTISEMENT: Leslie J. Moyer

### AUTHORITY TO ADVERTISE

DATE: January 7, 2003
CASE NUMBER: Case No.#02-4866
SIGNATURE OF AUTHORIZING OFFICIAL: _____

---------PUBLIC VOUCHER FOR ADVERTISING--[ATTACH COPY OF AD HERE]
CHARGES TO BE FILLED OUT BY NEWSPAPER:

TIMES ADVERTISEMENT APPEARED: 1/28, 2/4/ 2/11, 2/18
NUMBER OF LINES IN AD: 2.0* 120
COST PER LINE: 1.66

TOTAL COST: 1,596.60 plus affidavit $2.50 = 1,599.10

AFFIDAVIT - This represents a true billing for the attached advertising order, with specifications and copy, which has been completed.
SIGNATURE OF PUBLISHER: _____
TITLE: _____

NAME OF PUBLICATION: The Express Times
ADDRESS: P.O. Box 391
Easton, PA 18044-0391
------------------------------------------------------

### FOR U.S. MARSHAL SERVICE USE ONLY

I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment.

SIGNATURE OF CERTIFYING OFFICER _____
DATE: _____
ACCOUNT: _____    CHECK # _____



} No.                                    Term, 20

# Proof of Publication of Notice in The Express-Times

## Under Act No. 587, Approved May 16, 1929

State of Pennsylvania,  
County of Northampton } ss:

      Carol Glazer, **Inside Classified Advertising Manager** of The Express-Times, doing business in the County and State aforesaid, being duly sworn, deposes and says that The Express-Times is a daily newspaper published at 30 No. 4th Street, City of Easton, County and State aforesaid, which was established in the year 1855, since which date said daily newspaper has been regularly issued in said County, and that a copy of the printed notice or publication is attached hereto exactly as the same was printed and published in the regular editions and issues of the said daily newspaper on the following dates, viz:

January 28th; February 4th,

11th and the 18th day of February A.D. 20 03

Affiant further deposes that she is duly authorized by The Express-Times, a daily newspaper to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice or publication and that all allegations in the foregoing statement as to time, place and character of publication are true.

*Carol Glazer*  
Inside Classified Advertising Mgr., The Express-Times

Sworn to and subscribed before me this 18th day of February 20 03

*Elaine L. Kehler*  
Elaine L. Kehler, *Notary Public*  
My Commission Expires July 18, 2005

## State of Advertising Costs

United States Marshals Service/ Cheryl Lee  
Rm. 2110, U. S. Courthouse  
601 Market St., Philadelphia, PA 19106

To The Express-Times, Dr.

For Publishing the notice or advertisement  
attached hereto on the above stated dates— $ 1,596.60  
Service charge.................................................. $ 2.50  
Total................................................................... $ 1,599.10

### Publisher's Receipt for Advertising Costs

The Express-Times, a daily newspaper, hereby acknowledges receipt of the aforesaid advertising and publication costs, and certifies that the same have been fully paid.

The Express-Times, a Daily Newspaper  
30 No. 4th St., Easton, PA    Established 1855    Dial (610) 258-7171

Notarial Seal  
Elaine L. Kehler, Notary Public  
City of Easton, Northampton County  
My Commission Expires July 18, 2005

Form 111A

---

**NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY**

Public notice is hereby given, that by virtue of an Order for Foreclosure and Sale of Real Estate dated November 14, 2002, issued out of the United States District Court for the Eastern District of Pennsylvania, in Civil Action No. 02-CV-4866 on a judgment in the amount of $175,025.27 plus interest from January 31, 2002 rendered in the Court, in favor of the United States of America and against LESLIE J. MOYER, the following described real estate, located at 4180 Lehigh Drive, Cherryville, PA 18035 shall be offered for sale on February 25, 2003 at 1:00 PM at the property address, 4180 Lehigh Drive, Cherryville, PA 18035, at public auction, to the highest and best bidder by the U.S. Marshal for the Eastern District of Pennsylvania.

**TRACT #1**

ALL THAT CERTAIN messuage, tenement and tract or piece of land situate in the Village of Cherryville, Township of Lehigh, County of Northampton and State of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a corner in the public road leading from Easton to Mauch Chunk, in line of land now or late of the estate of Stephen Newhart, thence North thirty-six (36) degrees East one hundred sixty (160) feet to a point in line of said land; thence South sixty-two and one-half (62 ½) degrees East seventy (70) feet to a point in line of lands of which the herein described premises are a part; thence South thirty-six (36) degrees West one hundred sixty (160) feet to a point on the north side of said public road; thence North sixty-two and one-half (62 ½) degrees West seventy (70) feet, to a point, the place of Beginning.

**TRACT #2**

ALL THAT CERTAIN tract or piece of land situate in the Village of Cherryville, Township of Lehigh, County of Northampton and State of Pennsylvania, bounded and described as follows, to wit: and according to a survey made by Wilbur R. Smith, a licensed surveyor, dated September 24, 1945;

BEGINNING at an iron pin in the line of lands now or late of Preston O. Hess and Annie J. Hess and The Lehigh Township Fire Company; thence along the land now or late of Preston O. Hess and Annie J. Hess South 60 degrees 01 minutes East 70 feet to an iron pin; thence along the lands now or late of Mabel Kleppinger North 52 degrees 42 minutes West 69.17 feet to an iron pin; thence along land now or late of the Lehigh Township Fire Company South 35 degrees 45 minutes West 7.73 feet to an iron pin, the place of BEGINNING.

BEING THE SAME PREMISES which Joan E. Kugler by deed dated September 11, 1989, and recorded in the Northampton County Recorder of Deeds Office in Deed Book Volume 780, Page 155, granted and conveyed unto EDWARD K. BOYER, JR. and LESLIE J. MOYER, husband and wife, Grantors herein.

ALSO KNOWN AS: 4180 Lehigh Drive, Northampton County, Pennsylvania. Northampton County Parcel Number J3NW2-2-3.

Terms of Sale: Ten percent (10%) of the highest sum bid must be deposited by the highest bidder in cashier's check or certified check with the Marshal upon the property being struck down to such bidder. Upon failure to make such deposit, the bidder shall lose the benefit of his bid and the property may be immediately put up again and sold unless a deposit of the sum required be made by a second bidder willing to take the property at the highest prior bid. The balance of the purchase price shall be paid in cashier's check or certified check within ten (10) days after confirmation of the sale by the Court or otherwise without any demand being made by the Marshal. Otherwise, the Marshal may settle with a second bidder.

For a complete list of all properties offered for sale by the Department of Agriculture go to: http://www.resales.usda.gov