

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

---

*Philadelphia, PA 19106*

## U. S. MARSHALS SALE OF REAL PROPERTY

C. A. __CV-02-4866__

I, __BJ FLATER__, a Deputy U. S. Marshal for the Eastern District of Pennsylvania, sold the property located at __4180 Lehigh Dr, Cherryville PA 18035__ The public sale was held on __2-25-03__ and the highest bidder was __Lehigh Township Volunteer Fire Co. #1__ who bid the amount of $ __77,000.00__.

_____
Deputy U. S. Marshal
United States Marshals Service
Eastern District of Pennsylvania