UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA



ATTORNEY COPY

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | CIVIL NO. 02-CV-4866 |
| vs. | |
| LESLIE J. MOYER | FILED FEB 2 0 2003 |
| Defendant | |

## CERTIFICATE OF SERVICE
## PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(X)   Personal Service by the Sheriff's Office/~~competent adult~~ (copy of return attached).
( )   Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( )   Certified mail by Sheriff's Office.
( )   Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )   Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )   Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )   Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )   Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )   Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff

7160 3901 9844 1076 4343

**TO:** MOYER, LESLIE J.
**LESLIE J. MOYER**
2183 MAIN STREET #2
NORTHAMPTON, PA 18067

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
December 11, 2002

**REFERENCE:** MOYER, LESLIE J. / USA-0184
– Northampton

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE



7160 3901 9844 1076 4327

**TO:** MOYER, LESLIE J. #3
**LESLIE J. MOYER**
4180 Lehigh Drive
P.O. BOX 792
Cherryville, PA 18035

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
December 11, 2002

**REFERENCE:** MOYER, LESLIE J. / USA-0184
– Northampton

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE



7160 3901 9844 1076 4350

**TO:** MOYER, LESLIE J.
**LESLIE J. MOYER**
4180 Lehigh Drive
NORTHAMPTON, PA 18035

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
December 11, 2002

**REFERENCE:** MOYER, LESLIE J. / USA-0184
– Northampton

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE



**GOLDBECK McCAFFERTY & McKEEVER**
Suite 500, The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Name and Address of Sender

Check type of mail:
☐ Express
☐ Registered
☐ Insured
☐ COD
☐ Certified
☐ Int'l Rec. Del.
☐ Del. Confirmation (DC)
☐ Return Receipt (RR) for Merchandise

If Registered Mail check below:
☐ Insured
☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill. Postmark and Date of Receipt ▼

| Line | Article Number | Addressee Name, Street, and PO Address | Postage | Fee | Handling Charge | Actual Value (If Reg.) | Insured Value | Due Sender If COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | DOMESTIC RELATIONS OF NORTHAMPTON COUNTY<br>669 Washington Street<br>Easton, PA 18042 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | GARY METZGAR ETAL<br>1616 Mitman Road<br>Easton, PA 18040 | | | | | | | | | | | | | |
| 5 | | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | OCCUPANTS/TENANTS<br>4180 Lehigh Drive<br>Cherryville, PA 18035 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)

[Postmark: CONTINENTAL STA, DEC 11 2002, PHILADELPHIA PA 19106]

[Postage meter: 1372 $03.60⁰ DEC 11 02, MAILED FROM ZIP CODE 19106, PB 2211913]

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail, sent with optional postal insurance. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

PS Form 3877, April 1999    Complete by Typewriter, Ink, or Ball Point Pen

Meyer                USA

# ORDER FOR SERVICE REQUEST
## TO BE COMPLETED BY THE REQUESTING ATTORNEY

1. All information from the attorney must be filled-in before service can be made.
2. Prepare a separate Order for Service form for each defendant to be served by the Sheriff.
3. **When completing location for service, be certain to have a valid address or directions. Do not use P.O. Boxes or R.D. - ADDRESSES ONLY. Provide the township, if applicable.**
4. When a Deputy Sheriff levies or attaches property, he or she will leave the property without a watchman and in custody of whomever is found in possession, after notifying the person the property is under a Sheriff's levy. The Sheriff or Deputy is not liable in any way for protecting property.
5. Service will be executed in accordance with Rule 402 and Title 231, Pennsylvania Rules of Civil Procedure.
6. The attorney must certify all copies of process.
7. Supply a self-addressed stamped envelope for return of service.

**PLAINTIFF:** The United States of America

**DEFENDANT:** Leslie J. Moyer

**SERVE UPON:** Leslie J. Moyer

**LOCATION:** 2183 Main Street #2, Northampton, PA 18067

**TYPE OF WRIT:** Notice of U.S. Marshall Sale

**ATTORNEY (NAME, ADDRESS, PHONE):** GOLDBECK McCAFFERTY & McKEEVER, Suite 500 The Bourse Building, 111 S. Independence Mall East, Philadelphia, Pennsylvania 19106

**ATTORNEY SIGNATURE:** Joseph A. Goldbeck

## FOR PROTHONOTARY USE ONLY

**DOCKET NUMBER:** 02-CV-4866
**LAST DAY FOR SERVICE:** Jan 10, 2003
**FEES PAID:**

## RETURN OF SERVICE (To be completed by Sheriff)

**INDIVIDUAL SERVED:** Larry S Moyer
**DATE:** 1/3/03
**TIME:** 1500

**LOCATION: (IF DIFFERENT FROM ABOVE)**
( ) BOROUGH OF:  ( ) CITY OF  ( ) TOWNSHIP OF

Served in the following manner:
( ) Defendant personally served
(X) Adult family member with whom said defendant resides
( ) Adult in charge of defendant's residence
( ) Manager/Clerk of place of lodging in which defendant resides
( ) Agent or person in charge of defendant's office or usual place of business
( ) Officer of said defendant company
( ) Posted property
( ) Levy on property

( ) Other: _____
( ) Not Found  ( ) Moved  ( ) No Answer  ( ) Vacant  (X) Unknown

(Comments)

SO ANSWERS: JEFFREY K HAWBECKER
SHERIFF OF NORTHAMPTON COUNTY
BY: _____ Deputy Sheriff _____ Badge #

I hereby deputize the Sheriff of _____ County, To execute and make a return on the above and attached action according to law.

_____ Sheriff of Northampton County _____ Date

## ACCEPTANCE OF SERVICE

I accept service of the _____ on behalf of _____ and certify that I am authorized to do so.

_____ (Defendant or Authorized Agent)    _____ (Mailing Address)

NORTHAMPTON COUNTY SHERIFF'S DEPARTMENT
669 WASHINGTON STREET
EASTON, PA 18042-7483
(610) 559-3084
(610) 559-3781 (REAL ESTATE)

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>LESLIE J. MOYER<br><br>Defendant | CIVIL NO. 02-CV-4866 |

## AFFIDAVIT PURSUANT TO RULE 3129

THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

> 4180 Lehigh Drive
> Cherryville, PA 18035

1. Name and address of Owner or Reputed Owner:

> LESLIE J. MOYER
> 4180 Lehigh Drive
> Cherryville, PA 18035

2. Name and address of Defendant in the judgment:

> LESLIE J. MOYER
> 4180 Lehigh Drive
> Cherryville, PA 18035

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

> DOMESTIC RELATIONS OF NORTHAMPTON COUNTY
> 669 Washington Street
> Easton, PA 18042
>
> GARY METZGAR ETAL
> 1616 Mitman Road
> Eaton, PA 18040
>
> PA DEPARTMENT OF PUBLIC WELFARE
> Bureau of Child Support Enforcement
> Health and Welfare Bldg. - Room 432
> P.O. Box 2675
> Harrisburg, PA 17105-267

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.


7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

                OCCUPANTS/TENANTS
                4180 Lehigh Drive
                Cherryville, PA 18035

    (attach separate sheet if more space is needed)

       I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.



DATED: January 28, 2003

                                          GOLDBECK McCAFFERTY & McKEEVER
                                          BY: Joseph A. Goldbeck, Jr., Esq.
                                          Attorney for Plaintiff

*PLEASE POST PROPERTY BY JANUARY 17, 2003*

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: THE UNITED STATES OF AMERICA | COURT CASE NUMBER: 02-CV-4866 |
| DEFENDANT: LESLIE J. MOYER | TYPE OF PROCESS: NOTICE OF US MARSHALL SALE |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: LESLIE J. MOYER

**AT** ADDRESS: 4180 LEHIGH DRIVE, CHERRYVILLE, PA 18035

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

PLEASE POST HANDBILL

Signature of Attorney: [signed] ☒ PLAINTIFF
TELEPHONE NUMBER: 215-627-1322
DATE: 12-11-02

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

Total Process: 1 | District of Origin: W | District to Serve: W | Signature of Authorized USMS Deputy or Clerk: [signed] | Date: 12-16-02

Date of Service: 13/01/03  Time: 0120 am

Amount owed to U.S. Marshal: 15.12

REMARKS: [illegible handwriting]

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)